# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA MARTINEZ, | NO. ED CV 14-275-RGK(E) |
| Petitioner, | |
| v. | JUDGMENT |
| D.K. JOHNSON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 1, 2014.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE